Eric J. Neiman, WSB #14473
Lewis Brisbois Bisgaard & Smith LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
(971) 712-2800 / (971) 712-2801 Fax
Eric.Neiman@lewisbrisbois.com

Benjamin J. Stone, WSB #33436
Ethan Smith, WSB #50706
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
(206) 436-2026 / (206) 436-2030 Fax
Benjamin.Stone@lewisbrisbois.com
Ethan.Smith@lewisbrisbois.com
*Attorneys for Defendant Fairfax Behavioral Health*

Honorable Judge Thomas S. Zilly

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JANE DOE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRFAX BEHAVIORAL HEALTH,<br><br>Defendant. | Civil Action No. 2:19-cv-00635-TSZ<br><br>**DEFENDANT FAIRFAX BEHAVIORAL HEALTH'S CORPORTE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, defendant Fairfax Behavioral Health states:

1. Fairfax Behavioral Health is an assumed business name of BHC Fairfax Hospital, Inc.

2. BHC Fairfax Hospital, Inc. is a wholly owned subsidiary of Behavioral Healthcare, LLC.

/ / / / /

DEFENDANT FAIRFAX BEHAVIORAL HEALTH'S
CORPORATE DISCLOSURE STATEMENT - 1
USDC WD WA CAUSE NO. 2:19-cv-00635-TSZ

4853-0467-3687.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800

3. Universal Health Services, Inc., a publicly owned corporation, is the indirect parent company of BHC Fairfax Hospital, Inc. and indirectly owns more than 10% of its stock.

DATED: May 20, 2019.                    LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Eric J. Neiman, WSBA #14473*
Eric J. Neiman, WSBA #14473
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Phone: 971.712.2800
Fax: 971.712.2801
Eric.Neiman@lewisbrisbois.com

*/s/ Benjamin J. Stone, WSBA #33436*
Benjamin Stone, WSBA #33436
*/s/ Ethan Smith, WSBA #50706*
Ethan Smith, WSBA #50706
1111 3rd Avenue, Suite 2700
Seattle, WA 98101
Phone: 206.436.2020
Fax: 206.436.2030
Benjamin.Stone@lewisbrisbois.com
Ethan.Smith@lewisbrisbois.com

*Attorneys for Defendant Fairfax Behavioral Health*

DEFENDANT FAIRFAX BEHAVIORAL HEALTH'S
CORPORATE DISCLOSURE STATEMENT - 2
USDC WD WA CAUSE NO. 2:19-cv-00635-TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800

4853-0467-3687.1

# CERTIFICATE OF SERVICE

I certify that on May 20, 2019, I electronically filed the foregoing **DEFENDANT FAIRFAX BEHAVIORAL HEALTH'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Steve W. Berman, WSBA #12536
Shelby R. Smith, WSBA #31377
Hagens Berman Sobol Shapiro, LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
Shelby@hbsslaw.com

Alexa Polaski, WSBA #52683
Stacie Siebrecht, WSBA #29992
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
alexap@dr-wa.org
stacies@dr-wa.org

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Eric J. Neiman, WSB #14473*
Eric J. Neiman, WSB #14473
*Attorneys for Defendant Fairfax Behavioral Health*

DEFENDANT FAIRFAX BEHAVIORAL HEALTH'S
CORPORATE DISCLOSURE STATEMENT - 1
USDC WD WA CAUSE NO. 2:19-cv-00635-TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800

4853-0467-3687.1