UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similar situated,<br><br>        Plaintiff,<br><br>  v.<br><br>FAIRFAX BEHAVIORAL HEALTH,<br><br>        Defendant. | C19-635 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion for extension, docket no. 7, is GRANTED, and the deadline for defendant to file a responsive motion or pleading is EXTENDED to June 21, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of May, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1