UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, JOHN DOE, and H.S. by and through his guardian, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BHC FAIRFAX HOSPITAL, INC. d/b/a FAIRFAX BEHAVIORAL HEALTH,<br><br>Defendant. | C19-635 TSZ<br><br>MINUTE ORDER SETTING TRIAL AND RELATED DATES |

| | |
|---|---|
| **JURY TRIAL DATE** | February 8, 2021 |
| Length of Trial | 5 days |
| Discovery on class certification issues completed by | January 20, 2020 |
| Any motions related to class certification must be filed by | March 19, 2020 |
| Deadline for joining additional parties | May 14, 2020 |
| Any motions for leave to amend pleadings filed by | May 14, 2020 |
| Disclosure of expert testimony under FRCP 26(a)(2) | June 2, 2020 |
| All motions related to discovery must be filed by | June 18, 2020 |
| All remaining discovery completed by | July 16, 2020 |

MINUTE ORDER SETTING TRIAL AND RELATED DATES - 1

| | |
|---|---|
| All dispositive motions must be filed by <br>     and noted on the motion calendar no later <br>     than the fourth Friday thereafter (see LCR 7(d)) | September 10, 2020 |
| All motions related to expert witnesses (*e.g.*, Daubert motion) must be filed by <br>     and noted on the motion calendar no later <br>     than the third Friday thereafter (see LCR 7(d)) | September 17, 2020 |
| All motions *in limine* must be filed by <br>     and noted for the third Friday thereafter; responses <br>     shall be due on the noting date; no reply shall be <br>     filed unless requested by the Court | December 17, 2020 |
| Agreed Pretrial Order due[1] | January 22, 2021 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | January 22, 2021 |
| Pretrial conference to be held at **1:30 p.m.** on | January 29, 2021 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

1     Should this case settle, counsel shall notify Karen Dews at 206-370-8830 as soon
2 as possible.
3     The Clerk is directed to send a copy of this Minute Order to all counsel of record.
4     Dated this 31st day of July, 2019.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk