UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, JOHN DOE, and H.S., by and through his guardian, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>BHC FAIRFAX HOSPITAL, INC. d/b/a FAIRFAX BEHAVIORAL HEALTH,<br><br>    Defendant. | C19-635 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to deny class certification and strike class allegations, docket no. 18, brought by defendant BHC Fairfax Hospital, Inc. d/b/a Fairfax Behavioral Health ("Fairfax"), is DEFERRED and RENOTED to May 22, 2020. On December 9, 2019, plaintiffs argued that Fairfax's motion was premature because Fairfax had not yet responded to discovery requests seeking "policies, procedures, or training materials related to its more general use of strip searches and/or video surveillance." Plas.' Resp. at 4 (docket no. 26). In opposing plaintiffs' subsequent motion to extend certain deadlines, Fairfax represented that it had produced the requested policies and procedures on December 16, 2019, and January 10, 2020. <u>See</u> Def.'s Resp. at 4-5 (docket no. 31). Plaintiffs will therefore be permitted to file a supplemental response, not to exceed ten (10) pages in length, by May 18, 2020. Any supplemental reply, not to exceed five (5) pages in length, shall be filed by the new noting date.

(2) Plaintiffs' motion to extend certain deadlines, docket no. 29, is GRANTED. The deadline for completing discovery on class certification issues is EXTENDED from

MINUTE ORDER - 1

January 20, 2020, to March 2, 2020, and the deadline for filing any motion for class certification is EXTENDED from March 19, 2020, to April 30, 2020. Any motion for class certification shall be noted for May 22, 2020, and will be considered together with Fairfax's motion to deny class certification and strike class allegations.

  (3) The deadlines for joining additional parties and for filing any motions for leave to amend pleadings are EXTENDED from May 14, 2020, to May 28, 2020. All other dates and deadlines set forth in the Minute Order Setting Trial and Related Dates, docket no. 12, shall remain in full force and effect.

  (4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of February, 2020.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 2