1

2

3

4

5                             UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
6                                      AT SEATTLE

7   JANE DOE, JOHN DOE, and H.S., by
    and through his guardian, individually
8   and on behalf of all others similarly
    situated,
9
                        Plaintiffs,
10                                                     C19-635 TSZ
           v.
11                                                     MINUTE ORDER
    BHC FAIRFAX HOSPITAL, INC.
12  d/b/a FAIRFAX BEHAVIORAL
    HEALTH,
13
                        Defendant.
14

15         The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:
16
           (1)     Pursuant to the parties' stipulation, docket no. 39, the pending cross-
17  motions to strike class allegations, docket no. 18, and to certify a class, docket no. 35, are
    RENOTED to June 5, 2020.  The briefing schedule is adjusted as follows:
18
                  (a)     Plaintiffs' supplemental response to the motion to strike class
19         allegations and defendant's response to the motion to certify a class are DUE on
           June 1, 2020; and
20
                  (b)     Defendant's supplemental reply in support of the motion to strike
21         class allegations and plaintiffs' reply in support of the motion to certify a class are
           DUE on the new noting date.
22

23

MINUTE ORDER - 1

1          (2)     Pursuant to the parties' stipulation, docket no. 39, the deadline for
disclosure of expert testimony is EXTENDED from June 2, 2020, to June 30, 2020, and

2   the deadline for filing motions relating to discovery is EXTENDED from June 18, 2020,
to July 9, 2020.  The Court DEFERS ruling on whether to extend the other deadlines in

3   this matter in the manner set forth in the parties' stipulation.

4          (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

5
          Dated this 18th day of May, 2020.

6

7                                                          William M. McCool
                                                           Clerk

8
                                                           s/Karen Dews
9                                                          Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2