1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

JANE DOE; JOHN DOE; H.S., by and
through his guardian; JANE DOE 2;
JOHN DOE 2; N.B.; JANE DOE 3; and
JANE DOE 4,

8

9

10

Plaintiffs,

C19-635 TSZ

11

v.

MINUTE ORDER

12

BHC FAIRFAX HOSPITAL, INC. d/b/a
FAIRFAX BEHAVIORAL HEALTH,

13

Defendant.

14

15

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

16

(1)     The parties' joint motion, docket no. 66, to continue or stay this matter
pending mediation, is GRANTED as follows:

17

(a)     The trial date is CONTINUED from February 8 to May 10, 2021;

18

(b)     The pretrial conference is RESET to April 30, 2021, at 1:30 p.m.;

19

(c)     Motions in limine must be filed by April 8, 2021; and

20

(d)     The agreed pretrial order, trial briefs, proposed voir dire questions,
and proposed jury instructions are due on April 23, 2021.

21

(2)     The parties shall file a Joint Status Report by December 31, 2020,
concerning the results of the mediation currently scheduled for December 16, 2020.

22

23

MINUTE ORDER - 1

1        (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

2        Dated this 15th day of October, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2