UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANE DOE, et al.,

        Plaintiffs,

v.

BHC FAIRFAX HOSPITAL, INC. d/b/a
FAIRFAX BEHAVIORAL HEALTH,

        Defendant.

C19-635 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Joint Report on Status of Mediation, docket no. 68, which suggests that a non-existent stay be extended, is treated as a stipulated motion to continue trial, and is GRANTED as follows:

    (a) The jury trial date (5 days) is CONTINUED from May 10, 2021, to August 2, 2021;

    (b) The pretrial conference is RESET to July 23, 2021, at 10:30 a.m.;

    (c) Motions in limine must be filed by July 1, 2021; and

    (d) The agreed pretrial order, trial briefs, proposed voir dire questions, and proposed jury instructions are due on July 16, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of January, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1