UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, et al., | |
| Plaintiffs, | |
| v. | C19-635 TSZ |
| BHC FAIRFAX HOSPITAL, INC. d/b/a FAIRFAX BEHAVIORAL HEALTH, | MINUTE ORDER |
| Defendant. | |

Having conducted a telephonic conference in which Todd Carlisle, Martin McLean, Stacie Siebrecht, and Shelby Smith participated on behalf of plaintiffs and Eric Neiman and Emma Pelkey appeared on behalf of defendant, the Court enters the following Minute Order:

(1) The Court treats the parties' stipulated motion, docket no. 70, as seeking a continuance of the trial date and related deadlines, and GRANTS the motion as follows.

| **JURY TRIAL DATE (5 -10 days)** | **November 1, 2021** |
|---|---|
| Disclosure of expert testimony | April 12, 2021 |
| Discovery motions filing deadline | June 3, 2021 |
| Discovery completion deadline | July 12, 2021 |
| Dispositive motions filing deadline | August 12, 2021 |

MINUTE ORDER - 1

| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | August 19, 2021 |
|---|---|
| Motions in limine filing deadline | September 30, 2021 |
| Trial briefs, proposed voir dire questions, and jury instructions due | October 15, 2021 |
| Agreed pretrial order due | October 15, 2021 |
| Pretrial conference | October 22, 2021 at 10:00 a.m. |

(2) The provisions of the Minute Order Setting Trial and Related Dates, docket no. 12, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(3) Pursuant to the stipulation of the parties, docket no. 72, the claims of plaintiff Jane Doe 4 are DISMISSED without prejudice.

(4) Any motion for severance or bifurcation of trial shall be filed by March 25, 2021, and noted for April 16, 2021. Any response shall be due by April 9, 2021, and any reply shall be filed by the noting date. The motion and any response shall not exceed twenty (20) pages in length, and any reply shall not exceed ten (10) pages in length. Oral argument will be scheduled via separate Minute Order.

(5) On or before April 16, 2021, counsel shall meet and confer and file a Joint Status Report indicating whether any dates or deadlines set forth in this Minute Order need to be adjusted.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2