UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANE DOE, et al.,

    Plaintiffs,

v.

FAIRFAX BEHAVIORAL HEALTH,

    Defendant.

C19-635 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for separate trials, docket no. 74, is DEFERRED and RENOTED to September 3, 2021. The motion will be considered together with any dispositive motions and/or motions related to expert testimony that are filed by the deadlines set forth in the Minute Order entered March 15, 2021, docket no. 73.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of May, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1