THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE, JOHN DOE, and H.S., by and through his guardian, individually and on behalf of all others similarly situated, and JANE DOE 2, JOHN DOE 2, N.B,, JANE DOE 3, and JANE DOE 4, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BHC FAIRFAX HOSPITAL, INC. d/b/a FAIRFAX BEHAVIORAL HEALTH,<br><br>Defendant. | Civil Action No.: 2:19-cv-00635-TSZ<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF JANE DOE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between Plaintiffs and Defendant BHC Fairfax Hospital, Inc. d/b/a Fairfax Behavioral Health, through their respective undersigned counsel of record, that Plaintiff Jane Doe is voluntarily dismissed from this litigation with prejudice.

IT IS SO STIPULATED BY AND BETWEEN the parties by their undersigned counsel:

DATED: August 31, 2021          HAGENS BERMAN SOBOL SHAPIRO, LLP

*/s/ Steve W. Berman, WSBA #12536*
Steve W. Berman, WSBA #12536
*/s/ Shelby R. Smith, WSBA #31377*
Shelby R. Smith, WSBA #31377
Hagens Berman Sobol Shapiro, LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
Shelby@hbsslaw.com

STIPULATION AND ORDER OF DISMISSAL
OF PLAINTIFF JANE DOE WITH PREJUDICE - 1
Case No. 2:19-cv-00635-TSZ
003229-11/1612018 V1



1301 Second Avenue, Suite 2000 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

DISABILITY RIGHTS OREGON

*/s/ Todd Carlisle, WSBA #25208*
Todd Carlisle, WSBA #25208
Stacie Siebrecht, WSBA #29992
Disability Rights Washington
315 Fifth Avenue South, Suite 850
Seattle, WA 98104
stacies@dr-wa.org
ToddC@dr-wa.org

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Eric J. Neiman, WSBA #14473*
Eric J. Neiman, WSBA #14473
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Phone: 971.712.2800
Fax: 971.712.2801
Eric.Neiman@lewisbrisbois.com

*/s/ Benjamin J. Stone, WSBA #33436*
Benjamin Stone, WSBA #33436
1111 3rd Avenue, Suite 2700
Seattle, WA 98101
Phone: 206.436.2020
Fax: 206.436.2030
Benjamin.Stone@lewisbrisbois.com

*Attorneys for Defendant BHC Fairfax Hospital, Inc. d/b/a Fairfax Behavioral Health*

### ORDER

IT IS SO ORDERED.  The caption of this case shall now read:  John Doe, et al. v. BHC Fairfax Hospital, Inc. d/b/a/ Fairfax Behavioral Health.

Dated this 1st day of September, 2021.

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
OF PLAINTIFF JANE DOE WITH PREJUDICE - 2
Case No. 2:19-cv-00635-TSZ
003229-11/1612018 V1

