UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN DOE, et al.,

           Plaintiffs,

v.

BHC FAIRFAX HOSPITAL, INC.
d/b/a FAIRFAX BEHAVIORAL
HEALTH,

           Defendant.

C19-635 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's Motion for Separate Trials, docket no. 74, is DENIED.

(2)    The Court hereby ORDERS that the trial in this matter shall be conducted virtually via ZoomGov.com, commencing on **November 1, 2021**. See Le v. King County, No. C18-55-TSZ, 2021 WL 859493, at *5 (W.D. Wash. Mar. 8, 2021) (holding that "'good cause in compelling circumstances' justify conducting [that] trial via a videoconferencing platform, that 'appropriate safeguards' for doing so are in place, and that a continuance of the trial date is unnecessary and would be prejudicial to plaintiffs"). The applicable procedures and protocols for the virtual trial will be set forth in a separate order.

(3)    The Court will issue an order explaining the reasons for its rulings.

(4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of September, 2021.

                              Ravi Subramanian
                              Clerk

                              s/Gail Glass
                              Deputy Clerk

MINUTE ORDER - 1