1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5
6
7

JOHN DOE, et al.,

                  Plaintiffs,

8
9

    v.

C19-635

MINUTE ORDER

10

BHC FAIRFAX HOSPITAL, INC.
d/b/a FAIRFAX BEHAVIORAL
HEALTH,

11
12

                  Defendant.

13

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

14
15
16

(1)     On Monday, October 25, 2021, the Court received an email from John Doe that the Court will forward to Plaintiffs' counsel, along with the attachment.  Because Plaintiff John Doe is represented, he should not communicate directly with the Court. The Court has <u>not</u> reviewed the attachment because the case may need to be tried if the parties are unable to perfect their settlement.

17
18

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record and to email a copy to John Doe.

19

Dated this 27th day of October, 2021.

20
21

<u>Ravi Subramanian</u>
Clerk

22

<u>s/Gail Glass</u>
Deputy Clerk

23

MINUTE ORDER - 1